**HKM EMPLOYMENT ATTORNEYS LLP**
Shemia Fagan, California State Bar No. 362846
sfagan@hkm.com
540 Howard Street
San Francisco, California 94105
Telephone: 503-334-0695

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAULA KOBERDA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD D. ABBEY, PH.D., PSYCHOLOGIST, A PROFESSIONAL CORPORATION, a California professional corporation, doing business as ABBEY NEUROPSYCHOLOGY CLINIC,<br><br>Defendant. | Case No.: 4:26-cv-07790-HSG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME TO COMPLETE SERVICE** |

The Court has considered Plaintiff Paula Koberda's Motion for Administrative Relief to Extend Time to Complete Service and the supporting Declaration of Andrea Atilano. Good cause appearing, the Court GRANTS the motion and ORDERS as follows:

1. Plaintiff shall complete service on Defendant Richard D. Abbey, Ph.D., Psychologist, A Professional Corporation, doing business as Abbey Neuropsychology Clinic on or before November 9, 2026.

2. The Court continues the remaining deadlines set by its Scheduling Order (Dkt. 5) by 45 days.

IT IS SO ORDERED.

Dated: 10/5/2026

Hon. Haywood S. Gilliam, Jr.
United States District Judge