United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAULA KOBERDA,

Plaintiff,

v.

RICHARD D. ABBEY,

Defendant.

Case No. 26-cv-07790-HSG

**AMENDED SCHEDULING ORDER**

Good cause appearing, the Court **SUPERSEDES** the scheduling order at Dkt. No. 13. The Court **RESETS** the following dates and deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.

| Event | Deadline |
|---|---|
| Last day to complete service on Defendant and file proof of service on the docket | November 9, 2026 |
| File ADR certification | November 17, 2026 |
| Last day to meet and confer *re*: initial disclosures, early settlement, ADR process selection, and discovery plan | November 17, 2026 |
| Make initial disclosures | November 24, 2026 |
| File certification of conflicts and interested entities or persons | November 24, 2026 |
| File Joint Case Management Statement | November 24, 2026 |
| Initial Case Management Conference. Go to www.cand.uscourts.gov/hsg for Zoom link | Tuesday, December 1, 2026, at 2:00 p.m. PT via Zoom |

//

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 10/6/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge